UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>FIRST STUDENT INC et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:23-cv-05084-DGE<br><br>ORDER ON STIPULATED MOTION (DKT. NO. 38) |

Before the Court is the parties' joint motion to extend the case schedule. (Dkt. No. 38.) Finding good cause, the Court GRANTS the motion. The new case schedule SHALL be amended as follows:

| Event | Previous Deadline | Revised Deadline |
|---|---|---|
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | May 3, 2024 | October 3, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | June 3, 2024 | November 4, 2024 |
| All motions related to discovery must be filed by | July 12, 2024 | December 12, 2024 |

ORDER ON STIPULATED MOTION (DKT. NO. 38) - 1

| Discovery completed by | July 17, 2024 | December 17, 2024 |
|---|---|---|
| All dispositive motions must be filed by | August 12, 2024 | January 13, 2025 |
| Motions in limine should be filed pursuant to Local Civil Rule 7(d)(4) by | November 4, 2024 | May 12, 2025 |
| Agreed pretrial order filed with the Court by | November 18, 2024 | May 27, 2025 |
| Pretrial conference will be held on | November 29, 2024, at 1:30 PM | June 6, 2025 at 1:30 p.m. |
| Trial briefs, proposed findings and conclusions and deposition designations due by | November 18, 2024 | May 27, 2025 |
| Five day bench trial set for | December 9, 2024 | June 16, 2025 at 9:00 a.m. |

Dated this 19th day of April 2024.

David G. Estudillo
United States District Judge